EMMA JACQUIN AND JOSEPH JACQUIN, PLAINTIFFS-RESPONDENTS, v. MABEL C. APPLEGATE, DEFENDANT-APPELLANT.

Submitted January 20, 1942—Decided August 4, 1942.

Before BROGAN, CHIEF JUSTICE, and Justices CASE and HEHER.

For the appellant, *Cecil W. Rotzell.*

For the respondents, *Robert A. Lederer.*

The opinion of the court was delivered by

HEHER, J. This is an action in tort for negligence arising out of a collision of motor vehicles. Defendant interposed a counter-claim. The jury rendered a verdict in favor of the defendant on the complaint, and in favor of the plaintiff on the counter-claim. Judgment was entered accordingly.

Thereafter, on plaintiff's motion, the verdict was vacated and a new trial granted on the ground of the existence of newly-discovered evidence. Defendant thereupon appealed from the order so made; and it is affirmed that what is denominated "newly-discovered" evidence is not such in fact and in law, and the action thus taken is therefore a palpable abuse of discretion. The retrial has not been had.

The challenged order does not take the category of a final judgment, and it is therefore not appealable. An appeal lies only from a final judgment. *R. S.* 1937, 2:27-349. *Vide Kople* v. *Zalon,* 122 *N. J. L.* 422; *Gaffney* v. *Illingsworth,* 90 *Id.* 490; *Benz* v. *Miller,* 12 *N. J. Mis. R.* 630; *Sonzogni* v. *Sansevere,* 6 *Id.* 675; *Cox* v. *Rosenvinge,* 4 *Id.* 949.

The appeal is accordingly dismissed, with costs.